IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>YVONTA LAVETT CRAVIN, G__T__ (A MINOR), K__B__ (A MINOR), AND G__S__ (A MINOR),<br><br>　　　Defendants. | §§§§§§§§§§§§ C.A. No. 3:23-cv-00976-G |

**STIPULATION FOR ORDER GRANTING
INTERPLEADER AND DISMISSING ACTION WITH PREJUDICE**

Plaintiff Principal Life Insurance Company ("Principal Life") and Defendants G__T__, a minor, K__B__, a minor, and G__S__, a minor (collectively, the "Minors"), comprising all of the parties currently claiming an interest in the life insurance proceeds at issue in this action, respectfully request that the Court enter its order granting interpleader and dismissing this action with prejudice and state:

1.　**Nature of the action.** This is an interpleader action to deposit insurance proceeds into the Court's registry and obtain a declaration of the party or parties entitled to receive them. By virtue of her employment with Dakota Financial, LLC (the "Employer"), Dominique Brooks (the "Member") was eligible for and obtained $100,000.00 in life insurance coverage under an ERISA-governed group insurance policy (the "Group Policy") that Principal Life had issued to the Employer. On February 17, 2023, the Member died, and at the time of her death, the amount of $100,000.00 (the "Proceeds") became payable under the Group Policy. Defendant Yvonta Lavett Cravin ("Cravin"), who was the Member's sister, and the Minors (collectively, "Defendants") submitted claims to Principal Life for all or part of the Proceeds; however, on August 29, 2023,

**STIPULATION FOR ORDER GRANTING INTERPLEADER
AND DISMISSING ACTION WITH PREJUDICE - Page 1**

Cravin signed the Disclaimer and Release, in which she disclaimed and released her claim to the Proceeds, leaving the Minors as the only claimants to such proceeds.

2. **Stipulation for interpleader.** Now that Cravin is out of the picture, Principal Life and the Minors, by and through the Court-appointed Guardian ad Litem, Neal Prevost (the "Guardian"), have agreed on the distribution of the Proceeds and thus stipulate as follows:

a. That none of them are aware of any party (other than the parties to this action) with any claim to any part of the Proceeds;

b. That Principal Life had a good-faith doubt as to who was entitled to the Proceeds and was, as a matter of law, entitled to interpleader relief;

c. That Principal Life should receive $2,500.00 of the Proceeds, as partial reimbursement for its reasonable and necessary attorney's fees and expenses in this matter;

d. That the Guardian should receive $2,500.00 of the Proceeds, as partial reimbursement for his reasonable and necessary fees and expenses in this matter;

e. That Principal Life should pay the remainder of the Proceeds, in equal shares, to the Minors by depositing such shares, pursuant to section 1355.001 of the Texas Estates Code, with the County Clerks of the counties in which each of the Minors currently resides;

f. That Cravin, by virtue of her signing of the Disclaimer and Release, should not receive any of the Proceeds;

g. That Defendants should be enjoined and restrained from instituting or prosecuting further any proceeding in any state or United States court, including this Court, either at law or in equity, against Principal Life arising out of or relating to the Proceeds or the Group Policy;

**STIPULATION FOR ORDER GRANTING INTERPLEADER
AND DISMISSING ACTION WITH PREJUDICE - Page 2**

h. That Principal Life should be fully and finally discharged from any further liability, whether to Defendants or otherwise, arising out of or relating to the Proceeds or the Group Policy;

i. That no other attorney's fees or court costs should be taxed against Principal Life;

j. That any and all remaining claims, demands, debts, or causes of action arising out of or relating to the Proceeds or the Group Policy asserted or assertable herein by Defendants against Principal Life should be DISMISSED WITH PREJUDICE; and

k. That this action should be DISMISSED WITH PREJUDICE in its entirety.

Respectfully submitted,

By:  /s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEY FOR PLAINTIFF
PRINCIPAL LIFE INSURANCE COMPANY


By:  /s/ J. Neal Prevost
J. Neal Prevost
State Bar No. 00788222
neal@prevostlawfirm.com

Attorney at Law
1415 Legacy Drive, Suite 350
Frisco, Texas 75034
(214) 629-7494

GUARDIAN AD LITEM FOR
G__T__, K__B__, and G__S__, MINORS

## CERTIFICATE OF SERVICE

I hereby certify that, on September 6, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Mr. J. Neal Prevost, Attorney at Law, 1415 Legacy Drive, Suite 350, Frisco, Texas 75034. The same day, I also sent a copy of the attached document, via email and regular mail, to Mr. Kevin Birdow, 1113 Saltworks Road, Palestine, Texas 75803, Mr. Tedrick Swanson, 221 Anderson County Road 2401, Montalba, Texas 75853, Mr. Gerald Smith, 19232 LBJ Freeway #2821, Mesquite, Texas 75150, and Ms. Yvonta Lavett Cravin, 4815 Westgrove Drive, No. 507, Addison, Texas 75001.

/s/ Andrew C. Whitaker
Andrew C. Whitaker