IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | C.A. No. 3:23-cv-00976-G |
| YVONTA LAVETT CRAVIN, G__ T__ (A MINOR), K__ B__ (A MINOR), AND G__ S__ (A MINOR), | | |
| Defendants. | | |

**AGREED ORDER GRANTING INTERPLEADER
AND DISMISSING ACTION WITH PREJUDICE**

Plaintiff Principal Life Insurance Company ("Principal Life") and Defendants G__ T__, a minor, K__ B__, a minor, and G__ S__, a minor (collectively, the "Minors"), comprising all of the parties currently claiming an interest in the life insurance proceeds at issue in this action, have filed their Stipulation for Order Granting Interpleader and Dismissing Action with Prejudice (the "Stipulation").

After reviewing the Stipulation and applicable law, the Court finds that Principal Life is entitled to interpleader relief and that the proceeds payable under Group Member Life Insurance Policy No. GL 1055824 (the "Group Policy") as a result of the death on February 17, 2023, of Dominique Brooks, which proceeds total $100,000.00 (the "Proceeds"), should be handled by Principal Life in the manner set forth below. It is therefore

ORDERED that Principal Life may retain $2,500.00 of the Proceeds, as partial reimbursement for the reasonable and necessary attorney's fees in has incurred in connection with this matter; it is further

ORDERED that Principal Life shall pay $2,500.00 of the Proceeds to the Guardian, as

**AGREED ORDER GRANTING INTERPLEADER
AND DISMISSING ACTION WITH PREJUDICE** - Page 1

partial reimbursement for the reasonable and necessary fees and expenses he has incurred in connection with this matter, by issuing a check in that amount made payable to "J. Neal Prevost" and delivering that check to J. Neal Prevost, Attorney at Law, 1415 Legacy Drive, Suite 350, Frisco, Texas 75034; it is further

ORDERED that Principal Life shall pay the remainder of the Proceeds, in equal shares, to the Minors by depositing such shares, pursuant to section 1355.001 of the Texas Estates Code, with the County Clerks of the counties in which each of the Minors currently resides; it is further

ORDERED that Defendant Yvonta Lavett Cravin ("Cravin"), who was the Member's sister, has disclaimed and released her claim to the Proceeds in writing and thus shall not receive any of the Proceeds; it is further

ORDERED the Minors and Cravin (collectively, "Defendants") are enjoined and restrained from instituting or prosecuting further any proceeding in any state or United States court, including this Court, either at law or in equity, against Principal Life arising out of or relating to the Proceeds or the Group Policy; it is further

ORDERED that Principal Life is fully and finally discharged from any further liability, whether to Defendants or otherwise, arising out of or relating to the Proceeds or the Group Policy; it is further

ORDERED that no other attorney's fees or court costs shall be taxed against Principal Life; and it is further

ORDERED that any and all remaining claims, demands, debts, or causes of action arising out of or relating to the Proceeds or the Group Policy asserted or assertable herein by Defendants against Principal Life are DISMISSED WITH PREJUDICE; and it is further

ORDERED that this action is hereby DISMISSED WITH PREJUDICE in its entirety.

SO ORDERED.

SIGNED this __6__ day of September, 2023.

*A. Joe Fish*
A. JOE FISH
Senior United States District Judge

**AGREED TO:**

/s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEY FOR PLAINTIFF
PRINCIPAL LIFE INSURANCE COMPANY


/s/ J. Neal Prevost
J. Neal Prevost
State Bar No. 00788222
neal@prevostlawfirm.com

Attorney at Law
1415 Legacy Drive, Suite 350
Frisco, Texas 75034
(214) 629-7494

GUARDIAN AD LITEM FOR
G__T__, K__B__, and G__S__, MINORS